# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO RODRIGUEZ-MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELLRED, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-0678-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 17) |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971).  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 13, 2025, the magistrate judge filed findings and recommendations herein that were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  (ECF No. 17.)  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 13, 2025, (ECF No. 17), are adopted in full.

2. Plaintiff's claim brought against Defendant Ellred is dismissed with prejudice due to Plaintiff's failure to state a claim upon which relief can be granted.

3. Defendant Ellred is dismissed from this action.

3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

Dena Coggins
United States District Judge

2