IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODRIGO RODRIGUEZ-MENDEZ,

Plaintiff,

v.

KERNEY, et al.,

Defendants.

No. 2:24-cv-00678-DC-DMC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 21, 24)

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

On February 10, 2026, the Magistrate Judge filed findings and recommendations which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 24. No objections to the findings and recommendations have been filed, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    The findings and recommendations filed on February 10, 2026, ECF No. 24, are

ADOPTED;

1

2.     Plaintiff's motion for reconsideration, ECF No. 21, is DENIED; and

3.     This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **March 30, 2026**

_____

Dena Coggins
United States District Judge

2