**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODRIGO RODRIGUEZ-MENDEZ, Plaintiff, v. KERNEY, et al., Defendants. | No. 2:24-cv-0678-DC-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to Bivens v. Six Unknown Agents, 403 U.S. 388 (1971). Pending before the Court is Defendants' motion for an extension of time to file a response to Plaintiff's complaint. ECF No. 36.

Defendants seek an extension of time to 60 days after all defendants have been properly served, or 60 days after a determination has been made as to representation by the Department of Justice, whichever is later. See id. The Court is not included to grant such an open-ended extension with no set deadline. Instead, the Court grants a 60-day extension of time without prejudice to Defendants seeking a further extension upon a showing of good cause.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion for an extension of time, ECF No. 36, is granted insofar as the Court extends the deadline for filing a response to Plaintiff's complaint.

2. Defendants' response to Plaintiff's complaint is due within 60 days of the date of this order.

3. Defendants may seek a further extension of time upon a showing of good cause.

Dated: October 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE